# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

# Minute Entry

## Hearing Information:

|   |   |   |   |
|---|---|---|---|
| **Debtor:** | LARRY E & JOHNETTE E SMITH | | |
| **Case Number:** | 2:09-BK-21133-RTB | **Chapter:** | 11 |
| **Date / Time / Room:** | TUESDAY, NOVEMBER 03, 2009 01:30 PM | 7TH FLOOR #703 | |
| **Bankruptcy Judge:** | REDFIELD T. BAUM | | |
| **Courtroom Clerk:** | LUANN BELLER | | |
| **Reporter / ECR:** | JUANITA PIERSON-WILLIAMS | | |

## Matter:

STATUS HEARING IN RE: CHAPTER 11 CASE

**R / M #:** 1 / 0

## Appearances:

NO APPEARANCES,

## Proceedings:

COURT: THERE BEING NO APPEARANCES, IT IS ORDERED DIRECTING DEBTOR'S COUNSEL TO BE PRESENT AT THE RESCHEDULED HEARING ON DECEMBER 1, 2009 AT 1:30 P.M.

Copy email on 11/6/09 to:

**NASSER U. ABUJBARAH**
THE LAW OFFICES OF NASSER U. ABUJBARAH
10654 N. 32ND ST
PHOENIX, AZ 85028
Email: NUALegal@yahoo.com

by: L. Beller